# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Marvin Washington, et al., <br> *Plaintiff* <br> v. <br> Jefferson B. Sessions, III, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 17 Civ. 5625 (AKH) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 09/08/2017

/s/ Samuel Dolinger
*Attorney's signature*

Samuel Dolinger
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

samuel.dolinger@usdoj.gov
*E-mail address*

(212) 637-2677
*Telephone number*

(212) 637-2702
*FAX number*