UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN WASHINGTON, et al.,<br><br>                              Plaintiffs,<br><br>            -v-<br><br>JEFFERSON BEAUREGARD SESSIONS, III, et al.,<br><br>                              Defendants. | 17 Civ. 5625 (AKH)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants the United States of America; Jefferson B. Sessions, III, in his official capacity as Attorney General of the United States; the United States Department of Justice; Robert W. Patterson,[1] in his official capacity as the Acting Administrator of the Drug Enforcement Administration ("DEA"); and the DEA (collectively, "Defendants"), hereby move this Court for an order dismissing the Amended Complaint pursuant to Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated September 20, 2017, Plaintiffs' opposition must be filed by November 3, 2017, and Defendants' reply must be filed by November 15, 2017.  Dkt. No. 33.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Robert W. Patterson, in his official capacity as Acting Administrator of the DEA, is automatically substituted as a defendant for Charles Rosenberg.

Dated: October 13, 2017
       New York, New York

                              JOON H. KIM
                              Acting United States Attorney for the
                              Southern District of New York
                              *Attorney for the Defendants*

                  By:     /s/ Samuel Dolinger
                              SAMUEL DOLINGER
                              REBECCA S. TINIO
                              Assistant United States Attorneys
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Tel.:  (212) 637-2677/2774
                              E-mail: samuel.dolinger@usdoj.gov
                                         rebecca.tinio@usdoj.gov