ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 1/5/18
by Order of Judge Alvin K. Hellerstein

Re: Marvin Washington, et al. v. Jefferson Beauregard Sessions, et al. - 17 Civ. 5625 (AKH)

You are hereby notified that you are required to appear for an oral argument.

      Date: February 14, 2018
      Time: 2:30 pm
      Place: U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
1-5-18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/18