| | |
|---|---|
| Michael S. Hiller (MH 9871) | Joseph A. Bondy (JB 6887) |
| **HILLER, PC** | **LAW OFFICES OF JOSEPH A. BONDY** |
| *Pro Bono Attorneys for Plaintiffs* | *Pro Bono Attorneys for Plaintiffs* |
| 600 Madison Avenue | 1841 Broadway, Suite 910 |
| New York, New York 10022 | New York, New York 10023 |
| (212) 319-4000 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARVIN WASHINGTON; DEAN BORTELL, as Parent of Infant ALEXIS BORTELL; JOSE BELEN; SEBASTIEN COTTE, as Parent of Infant JAGGER COTTE; and CANNABIS CULTURAL ASSOCIATION, INC.,

                Plaintiffs,

  - against -                          17 Civ. 5625

JEFFERSON BEAUREGARD SESSIONS, III, in his official capacity as United States Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; CHARLES "CHUCK" ROSENBERG, in his official capacity as the Acting Director of the Drug Enforcement Administration; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; and the UNITED STATES OF AMERICA,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEAL**

    **PLEASE TAKE NOTICE** that Marvin Washington, Alexis Bortell, Jose Belen, Jagger Cotte, and Cannabis Cultural Association, Inc., plaintiffs in the above-captioned action (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order, and subsequent Judgment, granting the defendants' motion to dismiss Plaintiffs' Amended Complaint, issued by United States District Judge Alvin K. Hellerstein, and entered in a Judgment, on the 26th day of February, 2018.

Dated:     New York, New York
           March 28, 2018

                                                  **HILLER, PC**
                                                  *Pro Bono Attorneys for Plaintiffs*
                                                  600 Madison Avenue
                                                  New York, New York 10022
                                                  (212) 319-4000

                                      By: _____
                                                  Michael S. Hiller (MH 9871)
                                                  Lauren A. Rudick (LR 4186)
                                                  Jason E. Zakai (JZ 0785)
                                                  Fatima Afia (FA 0826)

                                                  **LAW OFFICES OF JOSEPH A. BONDY**
                                                  *Pro Bono Co-Counsel for Plaintiffs*
                                                  1841 Broadway, Suite 910
                                                  New York, N.Y. 10023

                                      By:     _s/ Joseph A. Bondy_____
                                                         Joseph A. Bondy (JB 6887)

To:     JOON H. KIM
          Acting United States Attorney for the Southern District of New York
          *Attorney for the Defendants*
          SAMUEL DOLINGER
          REBECCA S. TINIO
          Assistant United States Attorneys
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Tel.: (212) 637-2677/2774
          E-mail:     samuel.dolinger@usdoj.gov
                            rebecca.tinio@usdoj.gov